UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: Oru-Lawrence et al | *<br>*<br>*<br>*<br>*   Civil Action No. 1:16-CV-12104-GAO<br>*<br>*<br>*<br>* |

ORDER OF DISMISSAL

December 28, 2016

O'Toole, D.J.

Pursuant to the Court's Order Dismissing Appeal as Moot Pursuant to 11 USC Section 363(m)  [15] filed on 12/28/2016, this case is hereby dismissed and CLOSED.

IT IS SO ORDERED.

/s/ George A. O'Toole, Jr.

United States District Judge